MB & R PIPING CONTRACTORS, INC., Respondent

v.

**BOROUGH OF EAST BRADY, Respondent**

v.

Gibson–Thomas Engineering Co., Inc., Petitioner

No. 116 WAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Rudy DAVIS, Petitioner**

No. 2 WAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.